# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 8, 2025

Lyle W. Cayce
Clerk

No. 24-51016
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ANGEL EMMANUEL AGUILAR-MARTINEZ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:19-CR-1061-1

Before SMITH, HIGGINSON, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Angel Aguilar-Martinez has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Aguilar-Martinez has not filed a response.

While this appeal was pending, Aguilar-Martinez completed the

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-51016

prison term imposed upon revocation of his supervised release, and he was released from custody.  Because the sentence did not include an additional term of supervised release, the instant appeal does not present a case or controversy, so we lack jurisdiction.  *See Spencer v. Kemna*, 523 U.S. 1, 7–8, 12–14 (1998).  Accordingly, the appeal is DISMISSED as moot, and the motion to withdraw is DENIED as unnecessary.